

# IN THE
# TENTH COURT OF APPEALS

————————————

## No. 10-08-00384-CV

**AMERICAN HOUSING FOUNDATION
AND COLLEGE STATION TEXAS
SOUTHGATE VILLAGE, LTD.,**

                                                        **Appellants**

 **v.**

**BRAZOS COUNTY APPRAISAL DISTRICT,**

                                                        **Appellee**

————————————

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 06-002010-CV-361

---

## MEMORANDUM OPINION

---

Appellants American Housing Foundation and College Station Texas Southgate Village, Ltd. appealed the trial court's judgment rendered against them. Appellants now file a motion to dismiss their appeal stating that they no longer wished to pursue the appeal. The certificate of conference states that appellee is unopposed to the motion.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

                        TOM GRAY
                        Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed February 11, 2009
[CV06]